UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:03CR249(RNC) |
| v. | : | November 18, 2004 |
| SOURASAY SIKHOUNMEUANG | : | |

**MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN**

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Yusuf Rangwala, for the purpose of assisting in the representation of the United States during the course of proceedings on November 18, 2004, relating to the sentencing of defendant Sourasay Sikhounmeuang.

In support of this application the Government states as follows:

1. The undersigned is a member of the bar of this Court in good standing.

2. The undersigned will assume personal professional responsibility for Mr. Rangwala's work in connection with this proceeding.

3. The undersigned will assist Mr. Rangwala to the extent necessary.

4. The undersigned will appear with Mr. Rangwala at the proceeding.

5. The undersigned hereby indicates in writing his consent

to supervise Mr. Rangwala pursuant to Local Rule 83.9.

6. Mr. Rangwala is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and expects to receive his Juris Doctor degree in 2005.

7. Mr. Rangwala has completed the equivalent of at least two semesters of legal study.

8. Mr. Rangwala will be introduced to the Court by the undersigned counsel.

9. Mr. Rangwala is working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

WHEREFORE, the Government moves to permit the appearance of a law student intern, Yusuf Rangwala, to represent the Government as described above.

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    JONATHAN BIRAN
    ASSISTANT U.S. ATTORNEY
    Fed Bar No. ct21922
    157 Church Street, 23rd Floor
    New Haven, CT 06510
    (203) 821-3700

Certificate of Service

This is to certify that a copy of the foregoing Motion to Permit Appearance of Law Student Intern was served by hand to counsel for defendant, Terence S. Ward, Esq., Assistant Federal Public Defender, 10 Columbus Blvd. 6th Floor, Hartford, CT 06106-1976, this 18th day of November, 2004.

Jonathan Biran
Assistant U.S. Attorney