UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR249(RNC) |
| SOURASAY SIKHOUNMEUANG | : | November 10, 2004 |

## MOTION TO SEAL

The defendant respectfully moves the Court to seal the accompanying document for reasons of confidentiality.

Respectfully submitted,

The Defendant,
Sourasay Sikhounmeuang

Thomas G. Dennis
Federal Defender

Dated: November 10, 2004

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct00023
(860) 493-6260

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion to seal has been mailed to Jonathan Biran, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 10th day of November, 2004.

Terence Ward

---

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 17, 2004.

FILED 2004 NOV 18 A... U.S. DISTRICT COURT HARTFORD, CT