UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR249(RNC) |
| SOURASAY SIKHOUNMEUANG | : | December 20, 2004 |

MOTION FOR RETURN OF PASSPORT

    As one of his pretrial release conditions, the defendant was required to surrender his passport to the Clerk of the Court. Mr. Sikhounmeuang did so. Now that the case is over, he respectfully moves the Court to order the passport returned to him. The government has no objection to the granting of this motion.

                                          Respectfully submitted,

                                          The Defendant,
                                          Sourasay Sikhounmeuang

                                          Thomas G. Dennis
                                          Federal Defender

Dated: December 20, 2004            /s/
                                        Terence S. Ward
                                        Asst. Federal Defender
                                        10 Columbus Blvd, FL 6
                                        Hartford, CT 06106-1976
                                        Bar No. ct00023
                                        (860) 493-6260

CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing motion for return of passport has been mailed to Jonathan Biran, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 20 day of December 2004.

                                        /s/
                                        Terence Ward