87

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 21  P 12: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR249(RNC) |
| SOURASAY SIKHOUNMEUANG | : | December 17, 2004 |

## MOTION FOR RETURN OF PASSPORT

As one of his pretrial release conditions, the defendant was required to surrender his passport to the Clerk of the Court. Mr. Sikhounmeuang did so. Now that the case is over, he respectfully moves the Court to order the passport returned to him. The government has no objection to the granting of this motion.

Respectfully submitted,

The Defendant,
Sourasay Sikhounmeuang

Thomas G. Dennis
Federal Defender

Dated: December 20, 2004

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct00023
(860) 493-6260

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion for return of passport has been mailed to Jonathan Biran, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 20 day of December 2004.

Terence Ward

December 22, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2004 DEC 22 P
U.S. DISTRICT HARTFORD